PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.    ) | **Docket Number: 2:05CR00454-01** |
| ) | |
| **Sean R. MOORE** ) | |
| ) | |

On December 6, 2005, the above-named was placed on supervised release for a period of 12 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**

Dated:    February 1, 2007
            Sacramento, California
            KMM:jz

**REVIEWED BY:**   /s/   Kyriacos M. Simonidis
            **KYRIACOS M. SIMONIDIS
            Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Sean R. MOORE**
     **Docket Number:   2:05CR00454-01**
     **ORDER TERMINATING SUPERVISED RELEASE**
     <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that Sean R. Moore be discharged from supervised release, and that the proceedings in the case be terminated.

Dated: February 12, 2007

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**


Attachment:   Recommendation
cc:   United States Attorney's Office
     FLU Unit, AUSA's Office
     Fiscal Clerk, Clerk's Office